UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KAFELE WALKER,

        Plaintiff(s),

    -against-

VLC NOLITA LLC, et al.,

        Defendant(s).
-------------------------------------------------------X

Index No. 12 CV 3712

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                             S.S.:
COUNTY OF NEW YORK)

        JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 12th day of May, 2012, at approximately 10:26 am, deponent served a true copy of the Summons in a Civil Action and Complaint upon Andres Mier Y Teran at 11 1st Street, Apt. 412, New York, New York, by personally delivering and leaving the same with Andres Mier Y Teran at that address. At the time of service, deponent asked Andres Mier Y Teran whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever and received a negative reply.

        Andres Mier Y Teran is a white male, approximately 40 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with black hair.

_____
JESSE GOLDMAN #1417385

Sworn to before me this
23rd day of May, 2012

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KAFELE WALKER, on behalf of himself and
on behalf of all other similarly-situated persons,

                              Plaintiff,

            -against-

VLC NOLITA LLC, ET AL.,

                            Defendants.
_____

Civil Action No. 12 CV 3712

AFFIDAVIT OF SERVICE

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 11th day of May 2012, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action and Complaint on **VLC UPPER WEST LLC**, a defendant to this action, by delivering and leaving with Chad Matice, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Chad Matice is a white male, approximately 30 years of age, stands 6 feet 0 inches tall, weight approximately 175 pounds with brown hair.

                                                                        Jeffrey Teitel

Sworn to before me
This 11th day of May, 2012

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAFELE WALKER, on behalf of himself and
on behalf of all other similarly-situated persons,

                                  Plaintiff,

        -against-

VLC NOLITA LLC, ET AL.,

                                 Defendants.

Civil Action No. 12 CV 3712

AFFIDAVIT OF SERVICE

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 11th day of May 2012, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action and Complaint on **VLC NOLITA LLC**, a defendant to this action, by delivering and leaving with Chad Matice, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Chad Matice is a white male, approximately 30 years of age, stands 6 feet 0 inches tall, weight approximately 175 pounds with brown hair.

                                                                     _____
                                                                     Jeffrey Teitel

Sworn to before me
This 11th day of May, 2012

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAFELE WALKER, on behalf of himself and
on behalf of all other similarly-situated persons,

                                Plaintiff,

        Civil Action No. 12 CV 3712

-against-

        AFFIDAVIT OF SERVICE

VLC NOLITA LLC, ET AL.,

                                Defendants.

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 11th day of May 2012, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action and Complaint on **VLC UNION SQUARE LLC**, a defendant to this action, by delivering and leaving with Chad Matice, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Chad Matice is a white male, approximately 30 years of age, stands 6 feet 0 inches tall, weight approximately 175 pounds with brown hair.

                                                                               Jeffrey Teitel

Sworn to before me
This 11th day of May, 2012

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAFELE WALKER, on behalf of himself and
on behalf of all other similarly-situated persons,

                              Plaintiff,

           -against-

VLC NOLITA LLC, ET AL.,

                              Defendants.

Civil Action No. 12 CV 3712

AFFIDAVIT OF SERVICE

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 11th day of May 2012, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, deponent served Summons in a Civil Action and Complaint on **VLC WEST VILLAGE LLC**, a defendant to this action, by delivering and leaving with Chad Matice, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Chad Matice is a white male, approximately 30 years of age, stands 6 feet 0 inches tall, weight approximately 175 pounds with brown hair.

                                                                       _____
                                                                       Jeffrey Teitel

Sworn to before me
This 11th day of May, 2012

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013