UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
Kafele Walker, on behalf of himself and on behalf : 
of all other similarly situated person, :
                       Plaintiff, : 12-CV-03712 (RJS)
  :
      v. :
  : ANSWER AND AFFIRMATIVE AND
VLC Nolita LLC, VLC Union Square, LLC, VLC : OTHER DEFENSES
Upper West LLC, VLC West Village LLC, Andres :
Mier Y Teran, Alfred Mier Y Teran, and Carlos :
Mier Y. Teran, :
                   Defendants. :
------------------------------------- x

## DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants, VLC Nolita LLC, VLC Union Square, LLC, VLC Upper West LLC, VLC West Village LLC (together, the "Corporate Defendants") and Andres Mier Y Teran, Alfred Mier Y Teran, and Carlos Mier Y. Teran, hereby states that no publicly traded company owns more than 10% of the Corporate Defendants.

Dated:  New York, New York          Respectfully submitted,
           June 18, 2012

                                       SEYFARTH SHAW LLP

                                       By            s/
                                            Jeremi L. Chylinski

                                       620 Eighth Avenue, 32nd Floor
                                       New York, New York 10018-1405
                                       (212) 218-5500

                                       *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2012, I caused to be served a true and correct copy of the foregoing Defendants' Fed. R. Civ. P. 7.1 Disclosure Statement via ECF on the following counsel for Plaintiff:

>Shaffin A. Datoo
>Thompson Wigdor LLP
>85 Fifth Avenue
>New York, NY 10003
>(212) 257-6800
>*Attorney for Plaintiffs*

                     s/
            Jeremi L. Chylinski

2