UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2012
```

KAFELE WALKER,

                      Plaintiff,

-v-

VLC NOLITA LLC, *et al.*,

                      Defendants.

No. 12 Civ. 3712 (RJS)
ORDER

KAFELE WALKER,

                      Plaintiff,

-v-

VLC NOLITA LLC, *et al.*,

                      Defendants.

No. 12 Civ. 3940 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that these cases are referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

SO ORDERED.

Dated:     July 27, 2012
              New York, New York

                                                        RICHARD J. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE