UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

Kafele Walker                                           Case No. 12-CV-3712
                          Plaintiff,

       -against-

VLC Nolita LLC, et al.
                          Defendant.
-----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending              [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Tanvir H. Rahman**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TR6894          My State Bar Number is 4921235

I am,
    [✓] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Law Offices of Anthony L. Ricco
               FIRM ADDRESS: 20 Vesey Street, Suite 400, New York, NY 10007
               FIRM TELEPHONE NUMBER: (212) 791-3919
               FIRM FAX NUMBER: (212) 791-3940

NEW FIRM:      FIRM NAME: Thompson Wigdor LLP
               FIRM ADDRESS: 85 Fifth Avenue, New York, NY 10003
               FIRM TELEPHONE NUMBER: (212) 257-6800
               FIRM FAX NUMBER: (212) 257-6845

    [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: 11/15/2012
                                                      _____
                                                      ATTORNEY'S SIGNATURE