UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-13
```

KAFELE WALKER,

        Plaintiff,

-v-

VLC NOLITA LLC, *et al.*,

        Defendants.

No. 12 Civ. 3712 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

  The Court is in receipt of a letter from Defendants, dated May 15, 2013 and submitted on behalf of all parties, stating that the parties have reached a settlement in principle and requesting that the Court stay discovery pending approval of the settlement at a fairness hearing. Accordingly, IT IS HEREBY ORDERED THAT the post-discovery conference currently scheduled for May 31, 2013 shall function instead as a fairness hearing. IT IS FURTHER ORDERED THAT Plaintiff personally should appear at the fairness hearing. IT IS FURTHER ORDERED THAT, by May 29, 2013, the parties shall submit a joint letter to the Court setting forth their views on why the settlement is fair. The parties are further directed to indicate in the settlement agreement what portion of the total settlement amount shall be paid to Plaintiff's counsel as attorney's fees, and to attach a copy of the agreement to their joint letter.

SO ORDERED.

Dated:  May 16, 2013
     New York, New York

                   RICHARD J. SULLIVAN
                   UNITED STATES DISTRICT JUDGE